**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Zoya Morgan,                                    Case No. 25-cv-02905 (LMP/ECW)

        Plaintiff,

v.                                                  **REPORT AND RECOMMENDATION**

Mary T Inc.,

        Defendant.

---

This matter is presently before the Court for the purpose of determining whether Plaintiff has complied with the requirements of its Order dated July 21, 2025. (Dkt. 3.) In that Order, the Court granted Plaintiff's application to proceed *in forma pauperis* and further ordered Plaintiff to do the following:

> Morgan must complete and return a Marshal Service Form (Form USM 285) for Defendant Mary T Inc. within 30 days of this Order's date. If Morgan does not meet this deadline, the Court will recommend dismissing this matter without prejudice for failure to prosecute. The Court will provide Marshal Service Forms to Morgan.

(Dkt. 3 ¶ 2.)

On July 22, 2025, the Clerk's Office sent the Marshal Service Forms to Plaintiff, instructing Plaintiff to "complete the enclosed U.S. Marshal Service Form(s) (one per defendant) and return to one of the offices indicated at the top of this form. Service cannot be performed until these completed forms have been received by the Clerk's Office." (Dkt. 4.)

The deadline set forth in the Court's July 21, 2025 Order has long passed, yet Plaintiff has not sent the required completed U.S. Marshal Service Form to the Clerk's Office.  In fact, Plaintiff has not communicated with the Court about this case at all since commencing this action, which was initiated almost a year ago.  Therefore, based on the express warning regarding the consequences that would follow if Plaintiff failed to comply with the requirements of the Court's prior Order, it is now recommended that Plaintiff be deemed to have abandoned this action, and that the action be dismissed, without prejudice, under Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute.  *See Henderson v. Renaissance Grand Hotel*, 267 F. App'x 496, 497 (8th Cir. 2008) (per curiam) ("A district court has discretion to dismiss an action under Rule 41(b) for a plaintiff's failure to prosecute, or to comply with the Federal Rules of Civil Procedure or any court order.").

## RECOMMENDATION

Based upon the foregoing, and on all of the files, records, and proceedings herein, **IT IS HEREBY RECOMMENDED** that this action be **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

Dated: July 1, 2026

*s/ Elizabeth Cowan Wright*
ELIZABETH COWAN WRIGHT
United States Magistrate Judge

2

# NOTICE

**Filing Objections:** This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals.

Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation. A party may respond to those objections within 14 days after being served a copy of the objections. *See* Local Rule 72.2(b)(2). All objections and responses must comply with the word or line limits set forth in Local Rule 72.2(c).