**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

ZOYA MORGAN,                                   Case No. 25-cv-2905 (LMP/DTS)

             Plaintiff,

v.                                             **ORDER ADOPTING**
                                               **REPORT AND RECOMMENDATION**
MARY T INC.,

             Defendant.

This matter is before the Court on the July 1, 2026 Report and Recommendation ("R&R") of United States Magistrate Judge Elizabeth Cowan Wright, which recommends dismissing this action for failure to prosecute under Fed. R. Civ. P. 41(b). *See* ECF No. 5. No party objected to the R&R, *see* Fed. R. Civ. P. 72(b)(2), so the Court reviews the R&R for clear error, *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Discerning no clear error, the Court adopts the R&R in full.

## ORDER

Based upon all the files, records, and proceedings in this matter, **IT IS HEREBY ORDERED THAT**:

1.  The Report and Recommendation (ECF No. 5) is **ADOPTED IN FULL**; and

2.  The complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 41(b).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 27, 2026                    *s/Laura M. Provinzino*
                                        Laura M. Provinzino
                                        United States District Judge